1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LAJUANA CHERI MATHEWS**  )<br>)<br>)<br>)<br>**Plaintiff,**  )<br>)<br>v.  )<br>)<br>**MICHAEL J. ASTRUE**  )<br>**Commissioner of Social Security**  )<br>**of the United States of America,**  )<br>)<br>**Defendant.**  )<br>) | Case No.  CIV 09-1802 GGH<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 9, 2010, to May 11, 2010.  This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | Dated: April 9, 2010 | */s/Bess M. Brewer* |
| 2 | | BESS M. BREWER<br>Attorney at Law |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | Dated:April 9, 2010 | Benjamin G. Wagner |
| 6 | | |
| 7 | | United States Attorney |
| 8 | | */s/ Scott Borrowman*<br>SCOTT BORROWMAN |
| 9 | | Special Assistant U.S. Attorney<br>Social Security Administration |
| 10 | | Attorney for Defendant |

**ORDER**

This is the third extension requested. These extensions affect the court's reporting requirements for delayed cases/motions. No further extensions will be approved.

APPROVED AND SO ORDERED.

DATED: April 14, 2010        /s/ Gregory G. Hollows

　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

mathews.eot

2