IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAJUANA CHERI MATHEWS,

    Plaintiff,                           CIV S-09-1802  GGH

    vs.

MICHAEL J. ASTRUE,                  ORDER
Commissioner of Social Security,

    Defendant.
_____/

        Plaintiff has been given three extensions of time in which to file her summary judgment motion, with the latest extension requiring her motion to be filed by May 11, 2010.  In the April 14, 2010 order granting the third extension, plaintiff was advised that these extensions adversely affect the court's reporting deadlines.  Plaintiff was also warned that no further extensions would be granted.  Plaintiff has failed to file her motion.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Attorney Bess Brewer is sanctioned in the amount of $250, to be paid to the court within 21 days of this order; and

        2. If plaintiff's summary judgment motion is not filed by July 9, 2010, this action will be dismissed.

Dated: June 17, 2010                /s/ Gregory G. Hollows
                                                          _____
                                                           UNITED STATES MAGISTRATE JUDGE

GGH:076/mathews1802.san